UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL LAYMAN,

                Petitioner,

     v.                                     9:02-CV-1095

VICTOR T. HERBERT, Superintendent,

                Respondent.
_____

APPEARANCES:                                OF COUNSEL:

FOR THE PLAINTIFF:

MICHAEL LAYMAN
Petitioner, *Pro Se*
97-A-6469
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011


FOR THE DEFENDANT:

HON. ELIOT SPITZER                     NELSON R. SHEINGOLD, ESQ.
Attorney General for the State of New York   Assistant Attorney General
Attorney for Respondent
Litigation Bureau
The Capitol
Albany, NY 12224


NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate

Judge Randolph F. Treece, duly filed on the 26th day of October, 2005.  Following ten days

from the service thereof, the Clerk has sent me the file, including any and all objections filed

by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Petition for a Writ of Habeas Corpus is denied.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated: November 18, 2005
       Syracuse, New York

*Norman A. Mordue* (signature)
Norman A. Mordue
U.S. District Judge